UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARVEY C. LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LYDELL SHERRER, SUE ROERTY, JAMES F. BARBO, GERALD T. KENNEDY, RICHARD CEVASCO, LORETTA HATEZ, and DEVON BROWN in their individual capacities, and THE STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF CORRECTIONS, NORTHERN STATE PRISON,<br><br>　　　　　Defendants. | Civ. Action No. 06-2716 (KSH)<br><br><br><br><br><br><br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

　　For the reasons stated in the opinion filed herewith,

　　**IT IS** on this 31st day of March, 2009,

　　**ORDERED** that defendants' motion for summary judgment (D.E. 78) is **denied**.


　　　　　　　　　　　　　　　　　　/s/  Katharine S. Hayden
　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.